IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMILLIA CARSWELL, ANTHONY DELUCA**　　　　　　　　　**PLAINTIFFS**
**and JENNIFER DILLON, Each Individually**
**and on Behalf of All Others Similarly Situated**

vs.　　　　　　　　　No. 4:19-cv-612-LPR

**DONDA ENTERPRISES, LLC,**　　　　　　　　　**DEFENDANTS**
**and ANSUYA PATEL**

### NOTICE OF SUPPLEMENTAL EXHIBIT TO PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order (ECF No. 36), Plaintiffs and Defendants file this Notice of Supplemental Exhibit to Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 35) to provide the Court with a fully executed copy of the Parties' Amended Settlement Agreement.

Page 1 of 2
Kimillia Carswell, et al. v. Donda Enterprises, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-612-LPR
Notice of Supplemental Exhibit to Parties'
Joint Motion for Approval of Settlement
and Dismissal with Prejudice

Respectfully submitted,

**KIMILLIA CARSWELL, ANTHONY DELUCA, and JENNIFER DILLON, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Courtney Lowery
Ark. Bar No. 2019236
courtney@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and  **DONDA ENTERPRISES, LLC and ANSUYA PATEL, DEFENDANTS**

WH LAW, PLLC
1 Riverfront Place, Suite 745
North Little Rock, Arkansas 72114
Telephone: (501) 891-6000

*/s/ Chris W. Burks*
Chris W. Burks
Ark. Bar No. 2010207
chris@whlawoffices.com

Brandon M. Haubert
Ark. Bar No. 2013137
brandon@whlawoffices.com

Page 2 of 2
Kimillia Carswell, et al. v. Donda Enterprises, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-612-LPR
Notice of Supplemental Exhibit to Parties'
Joint Motion for Approval of Settlement
and Dismissal with Prejudice