# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KIMILLIA CARSWELL, ANTHONY DELUCA,
and JENNIFER DILLON, Each Individually
and on Behalf of All Others Similarly Situated**                                **PLAINTIFFS**

v.                          Case No. 4:19-cv-00612-LPR

**DONDA ENTERPRISES, LLC,
and ANSUYA PATEL**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims are DISMISSED with prejudice.

IT IS SO ADJUDGED this 9th day of September 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT